■ Giovani Russo, Respondent, v Carmen Russo, Appellant.—Appeal by the defendant from a judgment of Supreme Court, Queens County (Groh, J.), dated September 12, 1988. The defendant's notice of appeal from the order dated September 12, 1988, is deemed a premature notice of appeal from the judgment (CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Groh at the Supreme Court. Mangano, P. J., Bracken, Lawrence and Kunzeman, JJ., concur.